UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED DAVIS III,

                            Plaintiff,

    v.

ABDEL JOSE ESPINAL-VAZQUEZ AND
ND LOGISTICS, LLC,

                          Defendants.

No. 21-CV-7819 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    Counsel for Mr. Davis, Mr. Schatz, argues that New York Judicial Law § 478 and related rules regarding "temporary practice," *see* 22 N.Y.C.R.R. § 523.2 ("Part 523"), govern his Motion to extinguish Mr. Palermo's claim to a fee in this case, (Dkt. No. 39). But neither Mr. Schatz nor Mr. Palermo cites authority applying Part 523 to similar facts.

    Accordingly, counsel shall submit supplemental briefing identifying relevant authority on the following issues: (1) the extent to which Part 523 operates as an exception to New York Judicial Law § 478's prohibition of the unauthorized practice of law; and (2) whether Mr. Palermo's representation of Mr. Davis constitutes "temporary practice" within the meaning of Part 523. Counsel should provide *any* helpful authority they find, even if it comes from states that have adopted similar rules authorizing multijurisdictional practice.

    Counsel's submissions shall be no longer than 10 pages and are due no later than January 19, 2024. There will be no extensions. For the sake of efficiency, Mr. Palermo may transmit his submission to the Court via email at KarasNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: January 8, 2024
       White Plains, New York

_____
KENNETH M. KARAS
United States District Judge